**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

No. 76 EM 2009.

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

Rudis MOREIRA, Petitioner

v.

**PCRA UNIT, Room 206, C.J.C., Natasha Lowe, Post Trial Unit Supervisor, and S. Simmons, and Any Other at the PCRA Unit, Respondents.**

No. 75 EM 2009.

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for a Writ of Mandamus Directed at the PCRA Unit, and/or for Any Other Extraordinary Relief" is **DENIED.**

Thomas ROBINSON, Petitioner

v.

**PROTHONOTARY OFFICE, CLERK OF MOTIONS COURT, COURT OF COMMON PLEAS, Respondent.**

No. 80 EM 2009.

Supreme Court of Pennsylvania.

July 22, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

John P. LASKARIS, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Attorney General of Pennsylvania, Erie County District Attorney, Appellees.**

Supreme Court of Pennsylvania.

July 22, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2009, the order of the Commonwealth Court is AFFIRMED.